No. 04-00-00726-CV



Robert LIPO,


Appellant



v.



Susan REED, in her Official Capacity as Criminal District Attorney


of Bexar County, Texas

Appellee



From the 150th Judicial District Court, Bexar County, Texas


Trial Court No. 2000-CI-09200


Honorable Paul Andrew Mireles, Judge Presiding



PER CURIAM


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: December 13, 2000


DISMISSED FOR LACK OF PROSECUTION


 On November 15, 2000 we ordered appellant to provide written proof to this court no
later than November 27, 2000 that either (1) the district clerk's fee has been paid or
arrangements have been made to pay the fee; or (2) appellant is entitled to appeal without
paying the fee. Appellant was warned that if he failed to respond within the time provided,
this appeal would be dismissed for want of prosecution. See Tex. R. App. P. 37.3(b).
Appellant did not respond.

 Accordingly, the appeal is dismissed for lack of prosecution. See Tex. R. App. P.
42.3(b-c). Costs of the appeal are taxed against appellant.


 PER CURIAM

DO NOT PUBLISH